OPINION — AG — (1) PRISONER'S INCOME IS THE COMPENSATION ALLOWED A PRISONER FOR WORK, LABOR OR SERVICES PERFORMED IN CONNECTION WITH PRISON INDUSTRIES. (2) THE COURT COSTS AND ATTORNEY FEES RESULTING FROM PROCEEDINGS ON A WRIT OF HABEAS CORPUS FOR A PRISONER OF AN INSTITUTION SHALL IN PROPER CASES BE PAID FOR OUT OF FUNDS PROVIDED FOR THE SUPPORT AND MAINTENANCE OF THE INSTITUTION. CITE: OPINION NO. 64-381, 22 O.S. 1961 1277 [22-1277] (HUGH COLLUM)